CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG - 9 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LATRON DUPREE BROWN, ) | Civil Action No. 7:14-cv-00576 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| ALBEMARLE COUNTY POLICE ) | | |
| DEPARTMENT, et al., ) | By: | Hon. Jackson L. Kiser |
| Defendants. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants Wormley, Jones, and Brake's motion for summary judgment is **GRANTED**; defendants Johnson, McCall, Seitz, and Coffin's motion for summary judgment is **DENIED** as to the excessive force claim against Johnson and **GRANTED** in all other respects; all defendants but Johnson are **TERMINATED**; and this matter is transferred to the docket of the Honorable Michael F. Urbanski, United States District Judge of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 9th day of August, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge