CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
11/02/2017

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LATRON DUPREE BROWN,<br><br>*Plaintiff,*<br><br>v.<br><br>DALE JOHNSON, *ET AL.*,<br><br>*Defendants.* | CASE NO. 7:14-CV-00576<br><br>FINAL JUDGMENT<br><br>JUDGE NORMAN K. MOON |

In accordance with the jury's verdict, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in this case in favor of Defendant Dale Johnson and against Plaintiff Latron Dupree Brown. This case is **DISMISSED WITH PREJUDICE**, and the Clerk is instructed to strike the case from the active docket of the Court. The Clerk is hereby directed to send a certified copy of this Final Judgment to all counsel of record and to Plaintiff.

Entered this  2nd  day of November, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1