FILED: May 9, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7490
(7:14-cv-00576-NKM-RSB)
_____

LATRON DUPREE BROWN

       Plaintiff - Appellant

v.

DELL JOHNSON

       Defendant - Appellee

and

ALBEMARLE COUNTY POLICE DEPARTMENT; JOHN MCKAY; TAVIS COFFIN; JON SUITZ; M. FRAIZER; HATTER; WORMLEY; MARK JONES; MCCALL; BRAKE

       Defendants

_____

M A N D A T E
_____

The judgment of this court, entered March 16, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*