UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Latron Dupree Brown,

    Plaintiff, )
)
v. ) Civil Action No.: 7:14cv00576
)
Albemarle County Police Department, et al., )
)
    Defendants, )

**RETURN OF EXHIBITS TO PLAINTIFF**

The following items of evidence were returned to Plaintiff on April 17, 2020 sent via U.S. Mail:

See attached Exhibit List(s):  Plaintiff's Exhibit 1


I received the above listed Exhibit:


By: Deputy Clerk